UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

|  |  |  |
|---|---|---|
| STANLEY AND HELEN FOGG,<br>　　　Plaintiffs,<br><br>　　　v.<br><br>OCWEN LOAN SERVICING, LLC,<br>SELECT PORTFOLIO SERVICING, INC.,<br>And BANK OF NEW YORK MELLON AS<br>TRUSTEE FOR ASSET-BACKED<br>CERTIFICATES, SERIES 2006-1,<br>　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Docket No. 1:16-cv-226-GZS |

## STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective attorneys that the above-captioned matter is voluntarily dismissed with prejudice and without costs.

Dated at Biddeford, Maine, this 29th day of November, 2016.


*/s/ Andrea Bopp Stark*　　　　　　　　　　*/s/ Gary Goldberg, Esq.*
Andrea Bopp Stark, Esq.　　　　　　　　　Gary Goldberg, Esq.
Molleur Law Office　　　　　　　　　　　Terry Garmey & Associates
419 Alfred Street　　　　　　　　　　　　482 Congress St., Ste. 402
Biddeford, ME 04005-3747　　　　　　　Portland, ME 04101
207-283-3777　　　　　　　　　　　　　(207) 331-3111
andrea@molleurlaw.com　　　　　　　　ggoldberg@garmeylaw.com
*Attorney for Plaintiffs*　　　　　　　　　*Attorney for Plaintiffs*

/s/ Andrew C. Feldman
Andrew C. Feldman, Esq., Bar No. 005459
HOUSER &ALLISON, APC
45 School St., 2nd Fl.
Boston, MA 02108
P. (617) 371-0922
F. (617) 371-0923
afeldman@houser-law.com
*Attorney for Ocwen Loan Servicing, LLC*

/s/ Donald E. Frechette
Donald E. Frechette, Esq., Bar No. 2936
LOCKE LORD LLP
20 Church St., 20th Fl.
Hartford, CT 06103
P. (860) 525-5065
F. (860) 527-4198
donald.frechette@lockelord.com
*Attorney for Select Portfolio Servicing, Inc.*
and *Bank of New York Mellon as Trustee for Asset-Backed Certificates, Series 2006-1*

CERTIFICATE OF SERVICE

I, Susan Black, hereby certify that I am over eighteen years old and caused a true and correct copy of the Stipulation of Dismissal Pursuant to Fed.R.CIV.P.41(a)(1)(A)(ii), to be served on the parties per the Court's ECF System on November 29, 2016.

Dated: November 29, 2016

By:   /s/ Susan Black
Susan Black, Paralegal
Molleur Law Office
419 Alfred Street
Biddeford, ME 04005
(207) 283-3777
susan@molleurlaw.com

Page **2** of **3**

SERVICE LIST

*/s/ Andrew C. Feldman*
Andrew C. Feldman, Esq., Bar No. 005459
HOUSER &ALLISON, APC
45 School St., 2nd Fl.
Boston, MA 02108
P. (617) 371-0922
F. (617) 371-0923
afeldman@houser-law.com
*Attorney for Ocwen Loan Servicing, LLC*

*/s/ Donald E. Frechette*
Donald E. Frechette, Esq., Bar No. 2936
LOCKE LORD LLP
20 Church St., 20th Fl.
Hartford, CT 06103
P. (860) 525-5065
F. (860) 527-4198
donald.frechette@lockelord.com
*Attorney for Select Portfolio Servicing, Inc.*
and *Bank of New York Mellon as Trustee for*
*Asset-Backed Certificates, Series 2006-1*